[No. 36409-3-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID JAMES LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03207-3, Stephanie A. Arend, J., entered June 8, 2007. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Hunt, J.

[No. 36479-4-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RAYMOND MAYS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-03118-2, Brian M. Tollefson, J., entered June 1, 2007. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 36598-7-II.   Division Two.   July 2, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. JOE EDDIE BERLANGA, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05449-2, Linda CJ Lee, J., entered June 27, 2007. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren, C.J., and Houghton, J.

[Nos. 25409-7-III; 26215-4-III.   Division Three.   July 3, 2008.]

M. STANLEY SLOAN, *Appellant*, v. WILLIAM P. (BILL) ROBINSON ET AL., *Defendants*, MOUNTAIN VIEW CREDIT UNION ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Spokane County, No. 05-2-01232-8, Harold D. Clarke III, J., entered June 6, 2006 and February 9, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.